## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **DATE FILED:** |
| **STEVEN CONEY** | : | **VIOLATIONS:** |
| a/k/a "Stephen Coney" | | 18 U.S.C § 472 (uttering counterfeit |
| a/k/a "Norman Jones" | : | obligations or securities – 1 count) |
| a/k/a "Steven Plenty" | | 18 U.S.C. § 922(g)(1) (possession of a |
| a/k/a "Sami Brendell" | : | firearm by a felon – 1 count) |
| a/k/a "Steven Swinson" | | **Notice of forfeiture** |
| a/k/a "Steve Plenty" | : | |
| a/k/a "Stephend Plenty" | | |
| a/k/a "Stevendutch Jr. Plenty" | : | |
| a/k/a "Stephen Strickland" | | |
| a/k/a "Stephen Plenty" | : | |
| a/k/a "Steven Strickland" | | |

## I N D I C T M E N T

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

On or about July 9, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STEVEN CONEY,**
**a/k/a "Stephen Coney"**
**a/k/a "Norman Jones"**
**a/k/a "Steven Plenty"**
**a/k/a "Sami Brendell"**
**a/k/a "Steven Swinson"**
**a/k/a "Steve Plenty"**
**a/k/a "Stephend Plenty"**
**a/k/a "Stevendutch Jr. Plenty"**
**a/k/a "Stephen Strickland"**
**a/k/a "Stephen Plenty"**
**a/k/a "Steven Strickland"**

with the intent to defraud, did pass to A.G., while A.G. was working at a business located in

Philadelphia, falsely made, forged, and counterfeited obligations of the United States, that is, two

counterfeit $100.00 Federal Reserve Notes, which he knew to be falsely made, forged, and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 12, 2023, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**STEVEN CONEY,**
**a/k/a "Stephen Coney"**
**a/k/a "Norman Jones"**
**a/k/a "Steven Plenty"**
**a/k/a "Sami Brendell"**
**a/k/a "Steven Swinson"**
**a/k/a "Steve Plenty"**
**a/k/a "Stephend Plenty"**
**a/k/a "Stevendutch Jr. Plenty"**
**a/k/a "Stephen Strickland"**
**a/k/a "Stephen Plenty"**
**a/k/a "Steven Strickland"**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a

crime punishable by imprisonment for a term exceeding one year, knowingly possessed a

firearm, that is, a black Ruger, model Security 9, .9mm semi-automatic pistol, bearing serial

number 384-32073, loaded with one live round of ammunition, and the firearm was in and

affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

3

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 472 and 922(g)(1), set forth in this indictment, defendant

**STEVEN CONEY,**
**a/k/a "Stephen Coney"**
**a/k/a "Norman Jones"**
**a/k/a "Steven Plenty"**
**a/k/a "Sami Brendell"**
**a/k/a "Steven Swinson"**
**a/k/a "Steve Plenty"**
**a/k/a "Stephend Plenty"**
**a/k/a "Stevendutch Jr. Plenty"**
**a/k/a "Stephen Strickland"**
**a/k/a "Stephen Plenty"**
**a/k/a "Steven Strickland"**

shall forfeit to the United States of America all falsely made, forged, and counterfeited obligation of the United States, and firearms and ammunition involved in the commission of this offense, including but not limited to:

1.      two falsely made, forged, and counterfeited obligations of the United States, that is, two counterfeit $100.00 Federal Reserve Notes, with serial numbers DB66688803Z;

2.      a black Ruger, model Security 9, .9mm semi-automatic pistol, bearing serial number 384-32073; and

3.      one live round of .9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

4

A TRUE BILL:



**JACQUELINE C. ROMERO**
United States Attorney

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

STEVEN CONEY
a/k/a "Stephen Coney"
a/k/a "Norman Jones"
a/k/a "Steven Plenty"
a/k/a "Sami Brendell"
a/k/a "Steven Swinson"
a/k/a "Steve Plenty"
a/k/a "Stephend Plenty"
a/k/a "Stevendutch Jr. Plenty"
a/k/a "Stephen Strickland"
a/k/a "Stephen Plenty"
a/k/a "Steven Strickland"

## INDICTMENT

Counts

18 U.S.C. § 472 (uttering counterfeit obligations or securities – 1 count);
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon– 1 count);
Notice of Forfeiture



Clerk

Bail, $ _____